# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ANGELA GOODMAN,**

    **Petitioner,**

**vs.**                                               **CASE NO.** 5:04CV268-SPM/AK

**JOSE BARRON, JR., WARDEN,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that the Bureau of Prisons has violated her due process rights by improperly depriving her of good time based on an erroneous interpretation of 18 U.S.C. § 3624(b).  Doc. 3 at 3.  Petitioner has not exhausted her administrative remedies and more recently she has been transferred to a facility outside of this district.  Nevertheless, the Court will address the merits of Petitioner's claims, as they have been disposed of by a recent case from the Eleventh Circuit.

On July 12, 2005, the Eleventh Circuit issued its decision in *Brown v. McFadden*, finding:

(1) 18 U.S.C. § 3624(b)(1) is ambiguous and does not unambiguously support either argument; that a federal prisoner should get good time credit of 54 days for each year he is sentenced to imprisonment, *or* that a federal prisoner should get good time credit of 54 days for each year he actually serves in prison;

(2) Even though the statute is ambiguous, the BOP's interpretation of the statute that a federal prisoner should get good time credit of 54 days for each year he actually serves in prison is reasonable and therefore is due to be affirmed; and

(3) The rule of lenity is inapplicable because of the BOP's reasonable interpretation of 18 U.S.C. § 3624(b)(1).

*Brown v. McFadden*, No. 04-14132, 2005 WL 1618739, at *2 (11th Cir. July 12, 2005)

(emphasis in original).

Because *Brown* disposes of the issues in this case, it is respectfully

**RECOMMENDED** that Petitioner's amended petition for writ of habeas corpus, Doc. 3, be **DENIED** and this cause be **DISMISSED WITH PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of July, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**